## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

### CASE NO.

|  |  |  |
|---|---|---|
| VINCENT STRUMOLO, | ) | |
| | ) | |
| Plaintiff, | ) | **MAGISTRATE JUDGE** |
| | ) | **SELTZER** |
| v. | ) | |
| | ) | |
| ALTERNATE FAMILY CARE, INC. | ) | |
| a Florida Corporation | ) | |
| | ) | |
| Defendant. | ) | **JURY TRIAL DEMANDED** |
| | ) | |

06-608
CIV-MARRA

### VERIFIED COMPLAINT FOR COPYRIGHT INFRINGEMENT, DAMAGES AND INJUNCTIVE RELIEF

Plaintiff, Vincent Strumolo ("Plaintiff"), brings this Complaint for Copyright Infringement, Damages and Injunctive Relief against Defendant, The Alternate Family Care, Inc. ("Defendant"), and alleges as follows:

### PARTIES

1.      Vincent Strumolo, Plaintiff, an individual living in Davie, FL 33328.

2.      Upon information and belief, Defendant, Alternate Family Care, Inc, is a Florida corporation having a principal place of business at 10001 West Oakland Park Blvd., Suite 302, Sunrise, FL 33351.

## JURISDICTION

3.     This is an action that arises under the Copyright Laws of the United States, 17 U.S.C. §§ 101, *et seq.*

4.     This Court has original jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

5.     This Court also has supplemental jurisdiction over any related state and common law claims pursuant to 28 U.S.C. § 1367(a).

6.     Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391 and 1400(a).

## NATURE OF THIS ACTION

7.     Mr. Strumolo is a licensed marriage and family therapist in the State of Florida. Mr. Strumolo is also on the Board of Directors of the American Association of Children in residential centers; as presented numerous workshops on clinical treatment of children; conducted numerous seminars on Resolution Focused Therapy; and developed numerous methodologies on the clinical treatment of children.

8.     Mr. Strumolo has practiced as a licensed marriage and family therapist since 1995. Prior to obtaining his license, Mr. Strumolo earned his masters degree from St. Thomas University in Miami in 1993. In 1990, Mr. Strumolo began working at AFC as a mental health technician and progressed through various positions at AFC doing his tenure as an employee. Eventually, Mr. Strumolo obtained the position of director of clinical services/continuing education in 2002.

9.     In addition to his work at AFC, Mr. Strumolo served as a mobile crisis counselor with the Henderson Mobile Crisis Unit from 1997 to 2000 and as a mental health technician with the Elaine Gordon Center for Sexual Offenders in 1992.

2

10.     Mr. Strumolo developed the Resolution Focused Therapy through his own individual efforts from 1995 through 1999.   Although, Mr. Strumolo was employed with Alternate Family Care, Inc.  (See Exhibit "B")

11.     Mr. Strumolo has complied in all respects with the Copyright Laws of the United States, 17 U.S.C. § 101 et. seq., and has registered "Resolution Focused Therapy, A Treatment Framework for Children Suffering from Trauma, Framework" with the United States Copyright Office as evidenced by the Certificate of registration issued by the Register of Copyrights Registration No. TX6-314-460. (Exhibit "A").

12.     Mr. Strumolo developed the Resolution Focused Therapy Framework (RFT) on his own personal time, outside of any activities, responsibilities, or duties that may have been associated with his job at the Alternate Family Care. (Exhibit "B").

13.     Mr. Strumolo has presented numerous workshops and conferences held throughout the United States and the World related to the clinical treatment of children.  Many of the workshops included a presentation of Resolution Focused Therapy Framework as developed by Mr Strumolo.  Mr. Strumolo has continually been attributed as the sole creator, developer and author of RFT and the associated frameworks within RFT.  These presentations took place over a number of many years starting in 2000 until more recently in 2005.

14.     Mr. Strumolo introduced the initial framework of RFT to Alternate Family Care in 1998 while continuing to formalize the system.  From 1995 to 2000 RFT was used solely by Mr. Strumolo and Mr. Strumolo did not implement RFT for corporate use at AFC until 2001.

15.     Upon the implementation of RFT for system wide use at AFC and throughout its continued use at AFC, Mr. Strumolo was properly attributed as the sole developer, author and creator of RFT.

3

16.     Upon Mr. Strumolo's departure from AFC, AFC through the direction of its officers and directors has intentionally and maliciously removed his name from all printed material related to AFC's use of RFT; misrepresented AFC as the developer and creator of RFT; falsely presented RFT to third parties as its own; and misappropriated Strumolo's copyrighted Resolution Focused Therapy Framework.

17.     Mr. Strumolo seeks through this action a preliminary injunction, permanent injunctive relief, damages and all other available remedies.

18.     Resolution Focused Therapy is an integrated systematic therapy that targets the behavioral as well as the emotional effects of trauma on a child.  RFT encompasses four phases of treatment that includes frameworks that progress through phases during an application. Resolution Focus Therapy is embodied in a treatment manual written and developed by Mr. Strumolo, see Exhibit "B".

19.     Mr. Strumolo developed RFT while employed at AFC.  Mr. Strumolo's research and development to create RFT however, was done on his own personal time and outside his particular job functions as related to AFC.  Mr. Strumolo's development of RFT was outside his scope of employment and his duties.  Mr. Strumolo was never compensated with respect to any of the development and creative efforts in relation to RFT.

20.     Upon the implementation of RFT into the AFC corporate system Mr. Strumolo was clearly attributed as the developer and creator of RFT.

21.     Mr. Strumolo conducted numerous workshops and various conferences from 2001-2005 involving RFT where Mr. Strumolo was held out as the sole developer, creator and author of RFT.  Mr. Strumolo further published text materials which formed the catalyst for further development of RFT phases.

4

22.     Alternate Family Care, Inc. is a community based residential treatment program and center for emotionally disturbed children.   AFC provides mental health and educational services to children.

23.     Mr. Strumolo began implementing RFT for use at AFC in 1998.  Initially, only Mr. Strumolo used RFT at AFC, however by 2002, RFT was used as a corporate wide system.

24.     AFC recognized Mr. Strumolo's efforts with respect to RFT and attributed Mr. Strumolo as the developer and creator throughout its use of RFT.   AFC also awarded Mr. Strumolo for his development of Resolution Focused Therapy. (See Exhibit "C")

25.     Upon information and belief, when Mr. Strumolo ended his tenure with AFC, AFC maliciously and intentionally removed his name from RFT materials, manuals, and such as used throughout AFC.

26.     Upon information and belief, AFC began presenting RFT as its own therapy treatment without any attribution to Mr. Strumolo as the sole developer, creator and author.

27.     Upon information and belief, AFC knowingly, willfully and maliciously now attempts to pass off the RFT as a therapy solely developed by AFC.  Further such acts by AFC will likely deceive and misrepresent the origins of RFT to the general public and relevant third parties.

28.     Upon information and belief, AFC is attempting to copy and reproduce RFT without Mr. Strumolo's permission or authorization, and without compensating Mr. Strumolo as the author, owner and creator.

29.     AFC's misrepresentation and removal of Mr. Strumolo's attributes with respect to RFT, injures and disparages Mr. Strumolo's reputation in the clinical community.   AFC further

harms and impedes Mr. Strumolo's ability to further develop RFT and his use of RFT in his further professional endeavors.

30.    Mr. Strumolo has not authorized AFC's continued use, publication, or licensing of RFT.

31.    AFC's actions with respect to RFT are continuing and such acts, both past and present, constitute willful, knowing and international infringement of Mr. Strumolo's registered copyrights, as well as violation of U.S. and Florida Law.

32.    Mr. Strumolo has no adequate remedy at law.  Due to the actions of AFC, Mr. Strumolo is suffering irreparable harm and will continue to do so unless AFC is temporarily and permanently restrained and enjoined by this Court from continuing to commit the above mentioned acts.

## COUNT I

## COPYRIGHT INFRINGEMENT

33.    Plaintiff incorporates by reference the allegations of paragraph 1 through 29 stated above as though fully set forth herein.

34.    The AFC continues to use RFT as therapy treatment at its facilitates throughout South and Central Florida (programs in Miami, Hollywood, Sunrise, Jupiter, Fort Pierce Melbourne). (Exhibit "D").

35.    Upon information and belief, AFC however has maliciously and intentionally removed Mr. Strumolo's name from all RFT material at its facilities.  After many years of attributing and crediting Mr. Strumolo has the developer, creator and author thereof.

6

36.     Upon information and belief, AFC has presented RFT to third parties without properly attributing Mr. Strumolo as the creator, developer, and author of thereof.  Specifically, AFC has presented the RFT therapy as their own without attributing Mr. Strumolo has the original developer, creator and author thereof.

37.     Upon information and belief, AFC has attempted and will continue to attempt to pass off RFT as a therapy created and developed solely by AFC and as such will deceive clients and families that may receive treatment at AFC; and further deceive and misrepresent RFT to the public and other third parties without proper attribution of Mr. Strumolo has the original developer, creator and author of RFT.

38.     AFC's wrongful conduct and misrepresentation injures and disparages Mr. Strumolo's reputation and impedes his ability to hold himself out as the true developer, creator and author of RFT.

39.     AFC's wrongful conduct constitutes willful, knowing and intentional copyright infringement in violation of Mr. Strumolo's rights under the Copyright Laws of the Unites States, 17 U.S.C. § 106.

40.     The acts of AFC have caused, are causing and will continue to cause irreparable harm to the Plaintiff, Mr. Strumolo.  The acts of AFC constitute infringement and have caused, are causing and/or will continue to cause damages to Mr. Strumolo in an undetermined amount.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests for judgment against Defendant as follows:

1.     A judgment finding that Defendant, AFC has committed acts which infringe on Mr. Strumolo's copyrights.

7

2.      A preliminary injunction restraining Defendant and its agents, officers, directors, employees and representatives, distributors, attorneys and all other persons in active concert or participation with Defendant from directly or individually from:

      a.      representing AFC as the developer and creator of RFT;

      b.      falsely representing RFT to third parties as its own;

      c.      copying, reproducing and distributing RFT in any form;

      d.      developing any derivative works based upon RFT; and

      e.      displaying, advertising or promoting RFT as a system used at AFC.

3.      Permanently enjoin and restrain Defendant and its agents, officers, directors, employees and representatives, distributors, attorneys and all other persons in active concert or participation with Defendant from directly or indirectly continuing such acts of infringement by enjoining Defendant from:

      a.      Reproducing, manufacturing, displaying, advertising, promoting, selling or offering for sale, or otherwise distributing copies of RFT;

      b.      Creating any derivative work from any version of RFT as developed and created by Mr. Strumolo in any form whatsoever;

      c.      Representing in any manner to third parties or to the general public that RFT is used, created or developed by AFC;

      d.      Taking any other action likely to cause confusion, mistake or deception as to the source or origin of RFT.

8

4.      Order Defendant to pay Mr. Strumolo statutory damages for each infringement of Mr. Strumolo's copyrights that the Court finds the Defendant committed willfully pursuant to 17 U.S.C. § 504 (c)(2): and

a.      Attorney fees and costs of suit pursuant to 17 U.S.C. § 505; or

b.      Such damages as to the Court shall appear proper within the provisions of the Copyright Laws of the United States;

5.      Order Defendant to pay compensatory damages for losses caused by acts herein complained of and for accounting in payment of all profits made and all benefits received or derived otherwise by Defendant by virtue of its infringement and all damages sustained by Mr. Strumolo by reason of Defendant's act herein complained of including prejudgment and post judgment interest thereon.

6.      Order Defendant to pay such damages as to the Court shall appear proper within the provisions of the laws of the United States and the State of Florida.

7.      Order Defendant to retrieve all RFT materials used at each facility of the Defendant and deliver such to Mr. Strumolo within thirty (30) days of issuing of this Court order.

8.      Order Defendants to take immediate steps and exercise due diligence to recall from all customers, other third parties and all others known to Defendants, any copies of all materials that infringe on Mr. Strumolo's copyright.

9.      Order Defendants to deliver up for impoundment all copies of all material involving RFT, in their possession or under control pursuant to 17 U.S.C. § 503(a);

10.     Order destruction of all copies of all material which includes Mr. Strumolo's copyrighted RFT in the possession of others than Mr. Strumolo pursuant to 17 U.S.C. § 503(b).

11.     Grant Mr. Strumolo such other and further relief as is just under the circumstances.

**PLAINTIFF'S DEMAND FOR JURY TRIAL**

Plaintiff, Vincent Strumolo, hereby demands a jury trial in this action on the Counts of the Complaint so triable.

Respectfully submitted,

MALIN, HALEY & DiMAGGIO, P.A.
1936 South Andrews Ave.
Ft. Lauderdale, FL 33316
Tel: (954) 763-3303
Fax: (954) 522-6507

By: _____
Barry L. Haley
Fla. Bar No. 123,351
Jerry D. Haynes
Fla. Bar No. 935,751

I:\11000\11144\Litigation\2901.003.Federal.Court.Complaint.doc

10

## VERIFICATION

I DECLARE UNDER PENALTY OF PERJURY under the laws of the State of

Florida and the United States of America that the facts in this Complaint are true upon personal

knowledge and that I have signed same on this _15_ day of ___June___, 2006.

By: _____

Vincent Strumolo

State of Florida                    )
                                    ) ss
County of Broward                   )


Before me, the undersigned authority, personally appeared Vincent Strumolo, being first duly sworn, and deposed and said that the foregoing Complaint is true and correct based upon his own personal knowledge.

Dated this _____ day of _____, 2006.

Angela K. Brown
Commission #DD329545
Expires: Jun 16, 2008
Bonded Thru
Atlantic Bonding Co., Inc.

_____
Notary Public,
State of Florida at Large

My commission expires:

_____
Print type or stamp Commissioned
Name of Notary Public

☐   Personally known OR
☐   Produced identification
       Type of identification produced: _____

I:\11000\11144\Litigation\2901.003.Federal.Court.Complaint.doc

11

# Exhibit  A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 6-314-460**

EFFECTIVE DATE OF REGISTRATION

MAR 30 2006

Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS WORK ▼
RESOLUTION FOCUSED THERAPY, A Treatment Framework for Children Suffering from Trauma, FRAMEWORK

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2**
**a** NAME OF AUTHOR ▼
Vincent Strumolo

DATES OF BIRTH AND DEATH
Year Born ▼ 1954   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire text

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**
**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
2005

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ 10   Day ▶ 1   Year ▶ 2005   USA ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Vincent Strumolo
9331 Oakgrove Circle
Davis, FL 33328

See instructions before completing this space.

APPLICATION RECEIVED
MAR 30 2006
ONE DEPOSIT RECEIVED
MAR 30 2006
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶ Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions.   Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of __ pages

# Exhibit  B

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

### CASE NO.

VINCENT STRUMOLO,

     Plaintiff,

v.

ALTERNATE FAMILY CARE, INC.
a Florida Corporation

     Defendant.

_____/


### VINCENT STRUMOLO AFFIDAVIT


STATE OF FLORIDA         )
                              ) SS
COUNTY OF _Broward_     )

     I, Vincent Strumolo, being first duly sworn, upon oath according to law, state the following:

     1.     I am a licensed marriage and family therapist in the State of Florida.

     2.     I have practiced as a licensed marriage and family therapist since 1995 and prior to obtaining my therapist license, I earned a masters degree from Saint Thomas University in Miami.

     3.     I developed the Resolution Focused Therapy Framework (RFT) which is the subject of my copyright registration TX6-314-460 through my own efforts from 1995 through 1999.

     4.     I developed the Resolution Focused Therapy on my own personal time outside of any activities, responsibilities, duties or job descriptions as associated with my employment at Alternative Family Care, Inc.

     5.     In 1999, I implemented RFT for use at Alternative Family Care, Inc. (AFC) with the

1

understanding that: I would remain attributed as the sole creator, developer and author of RFT and the associated frameworks; and David L. Ferguson as President of AFC guaranteed my work with RFT would remain autonomous from AFC or its employees.

6.      From 2001 to January of 2006 AFC attributed me as the sole developer, author and creator of RFT without any claim of ownership of any rights associated with RFT.

7.      I did not create RFT as a "work for hire" and retain all rights associated with RFT, including ownership, and all rights available under copyright law.

8.      Upon my implementation of RFT at AFC and during the use thereof by AFC personnel, AFC did not claim ownership of any rights associated with RFT.

9.      I did not execute any licenses for the publication, reproduction, or use of RFT to any entity, individual or otherwise, nor did I assign any of my rights associated with RFT including all rights available under copyright law.

10.     As the sole owner, author, developer and creator of RFT, I filed a copyright application for RFT on March 30, 2006 and I have received a Copyright Registration No. TX6-314-460, effective as of March 30, 2006.

2

FURTHER, AFFIANT SAYETH NAUGHT.

_____

Vincent Strumolo

Sworn to before me by Vincent Strumolo this _15_ day of June, 2006.

**Angela K. Brown**
Commission #DD329545
Expires: Jan 16, 2008
Bonded Thru
Atlantic Bonding Co., Inc.

_____
Notary Public,
State of Florida

My commission expires:

_____
Print type or stamp Commissioned
Name of Notary Public

☐     Personally known OR
☐     Produced identification
        Type of identification produced: _____

I:\11000\11144\Litigation\2901.strumolo.affidavit.doc

3

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

### CASE NO.

VINCENT STRUMOLO,

      Plaintiff,

v.

ALTERNATE FAMILY CARE, INC.
a Florida Corporation

      Defendant.

_____/

### SUSAN NEIL AFFIDAVIT

STATE OF FLORIDA        )
                      ) SS
COUNTY OF *Broward*    )

    I, Susan Neil, being first duly sworn, upon oath according to law, state the following:

1.  I am a licensed mental health counselor, licensed marriage and family therapist and a registered nurse practitioner with the state of Florida.

2.  I am the former Chief Operating Officer of Alternate Family Care, Inc. (AFC).

I was employed at AFC from 1994 to 2006.  I initially learned of Trauma Resolution Focused Therapy (TRFT), later known as Resolution Focused Therapy (RFT) from Vincent Strumolo in 1999.  I initially viewed Mr. Strumolo's TRFT framework with the understanding that it was to be his dissertation and may be suitable for a program paradigm.

1

3.   In early 1999, Dr. David Ferguson, president of AFC reviewed the TRFT framework through my efforts and at that time did not accept it as AFC's program paradigm.

4.   Mr. Strumolo continued working on TRFT throughout 1999 and used it as a therapist in the residential facility in Hollywood, Fl.

5.   In late 1999, through my efforts, Dr. Ferguson agreed to allow Mr. Strumolo to conduct a clinical trial in our Jupiter Therapeutic Foster Care Program but not to accept it as the AFC program paradigm. Dr. Ferguson agreed to use TRFT but suggested dropping the Trauma part of the name and it became known as Resolution Focused Therapy (RFT).

6.   In Spring of 2000 after seeing Mr. Strumolo's successful outcomes and exhausting other program paradigm possibilities, Dr. Ferguson agreed to introduce RFT to the Program Directors to use in AFC's sites.  Dr. Ferguson recognized RFT as Mr. Strumolo's dissertation and allowed proper attribution to Mr. Strumolo as the sole developer.

7.   Throughout 2000, the Program Directors were trained by Mr. Strumolo on RFT but were not required by AFC to fully adopt RFT.

8.   In June of 2000, Mr. Strumolo was promoted to Program Director of the residential facility of Hollywood and implemented RFT to this population.  Multiple auditors, including the Head of Children Mental Health Services in Tallahassee reported that they were impressed with Mr. Strumolo's RFT framework.

9.   In early 2001, Mr. Strumolo and I applied for a Ernest A. Codman Award for Performance Improvement as presented annually by the Joint Commission on Accreditation of Healthcare Organizations (JCAHO).

10.   JCAHO reviewed the work related to RFT and awarded the Codman Award to AFC based upon Mr. Strumolo's performance improvement outcomes, research and indepth understanding of the RFT framework that he implemented in the residential facility.

11.   In June 2001, Dr. Ferguson had not required AFC Program Directors to solely use RFT as the program paradigm. Mr. Strumolo was promoted to Program Director of the Jupiter Therapeutic Foster Care Program to fully implement RFT in that site.

12.   In November 2001, after winning the Codman Award, Dr. Ferguson agreed to restructure the company to allow for total implementation of RFT and use it as the AFC program paradigm.

13.   Throughout these years of implementation, Dr. Ferguson commented several times about having to get a contract with Mr. Strumolo for the RFT framework.

14.   To my knowledge no completed agreement, license or contract was ever signed between AFC and Mr. Strumolo for the use of RFT and the RFT framework.

15.   Upon my resignation from AFC, Dr. Ferguson made comments with respect to RFT framework being the property of AFC and stated that he still needed to settle with Mr. Strumolo regarding RFT.

FURTHER, AFFIANT SAYETH NAUGHT.

_Susan K. Neil_
Susan Neil

Sworn to before me by Susan Neil this _____ day of June, 2006.

**Angela K. Brown**
Commission #DD329545
Expires: Jun 16, 2008
Bonded Thru
Atlantic Bonding Co., Inc.

_____
Notary Public,
State of Florida

My commission expires:

_____
Print type or stamp Commissioned
Name of Notary Public

☐   Personally known OR
☐   Produced identification
    Type of identification produced: _____

I:\11000\11144\Litigation\2901.susan.neil.doc

4

# Exhibit  C



# Exhibit  D



## AFC'S TREATMENT PHILOSOPHY

Resolution Focused Therapy (RFT) is an innovative system of treatment, for use in its continuum of programs serving severely emotionally disturbed children who have experienced physical and emotional trauma. RFT provides a common philosophy of treatment and intervention that incorporates identifiable service elements and predictable outcomes over time. This unique approach is based on the foundational work of Vincent Strumolo, M.S., L.M.F.T.

RFT utilizes four phases of treatment that guide the therapist, the treatment team, parents/ caregivers, and support personnel through complex clinical, medical, and developmental issues. The therapist, incorporating RFT's common language and philosophy, orchestrates the treatment team by the use of scripted inter- ventions in an easy-to-use card system.

The RFT system incorporates a utilization management system that insures timely review of referrals, appropriate admissions, and continued monitoring of the child's progress with projected discharges dates. The utilization management functions within RFT offer timely, graphically represented, information about treatment progress and outcomes for children / families / caregivers, the treatment team, case management agencies, funding providers, future placement providers.



A GOOD PLACE TO GROW

---

**Alternate Family Care, Inc. (AFC) is accredited by the Joint Commission on Accreditation of Healthcare Or- ganizations (JCAHO)**



**Joint Commission**
on Accreditation of Healthcare Organizations

Annually, JCAHO bestows the Codman Award (Behavioral Health Care Category) to recognize one of their nationally accredited Behavioral Healthcare organizations for excellence in the use of outcomes measures to achieve health care quality improvement.



In 2001, AFC won the Codman Award for our work "The Impact of Resolution Focused Therapy© on Length of Stay and Aftercare in a Residential Treatment Center."

**Alternate Family Care, Inc.**
**10001 W. Oakland Park Blvd., Ste. 302**
**Sunrise, FL 33351**

Telephone: (954) 746-5200 or
(800) 230-7963
Fax: (954) 746-5217

---

## Alternate Family Care, Inc



Creating new futures
for children and
families



**A Resolution**

**Focused**

**System of Care©**

For treating children and
adolescents with emotional and
behavioral disturbances

Alternate Family Care, Inc.
24 /7 help-line for information on
SIPP services.: (800) 896-2966

**JS 44** (Rev ...)

# CIVIL COVER SHEET

06-60881

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

## I. (a) PLAINTIFFS
VINCENT STRUMOLO

## DEFENDANTS
ALTERNATE FAMILY CARE, INC., a Florida corporation

CIV-MARRA

**(b)** County of Residence of First Listed Plaintiff **Broward**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant **Broward**
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT
OF LAND INVOLVED.

**MAGISTRATE JUDGE
SELTZER**

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Jerry D. Haynes, MALIN, HALEY & DiMAGGIO, P.A.,1936 South Andrews Ave., Ft. Lauderdale, FL 33316

Attorneys (If Known)

0:06CV60881 KAM/BSS

**(d)** Check County Where Action Arose: ☐ MIAMI- DADE  ☐ MONROE  ☑ BROWARD  ☐ PALM BEACH  ☐ MARTIN  ☐ ST. LUCIE  ☐ INDIAN RIVER  ☐ OKEECHOBEE HIGHLANDS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff
☑ 3  Federal Question (U.S. Government Not a Party)
☐ 2  U.S. Government Defendant
☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

### CONTRACT
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

### REAL PROPERTY
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

### TORTS
**PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury

**PERSONAL INJURY**
☐ 362 Personal Injury - Med. Malpractice
☐ 365 Personal Injury - Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

### CIVIL RIGHTS
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/ Accommodations
☐ 444 Welfare
☐ 445 Amer. w/Disabilities - Employment
☐ 446 Amer. w/Disabilities - Other
☐ 440 Other Civil Rights

### FORFEITURE/PENALTY
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs.
☐ 660 Occupational Safety/Health
☐ 690 Other

### LABOR
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt. Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

### PRISONER PETITIONS
☐ 510 Motions to Vacate Sentence
**Habeas Corpus:**
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

### BANKRUPTCY
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
☒ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

### SOCIAL SECURITY
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

### FEDERAL TAX SUITS
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 890 Other Statutory Actions
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Information Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)

☑ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. RELATED/RE-FILED CASE(S).
(See instructions second page)
a) Re-filed Case ☐ YES ☑ NO    b) Related Cases ☐ YES ☑ NO
JUDGE _____   DOCKET NUMBER _____

## VII. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):
Verified Complaint for Copyright Infringement, Damages and Injunctive Relief

LENGTH OF TRIAL via _3_ days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☑ Yes ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD

DATE 6/20/06.

**FOR OFFICE USE ONLY**
AMOUNT 350    RECEIPT # 537424    IFP _____